THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YUSEFF PARRIS, Appellant. [791 NYS2d 822]—Judgment, Supreme Court, New York County (Micki A. Scherer, J., on motion; Bruce Allen, J., at plea and sentence), rendered April 18, 2002, convicting defendant of criminal possession of a controlled substance in the fifth degree, and sentencing him to a term of one year, unanimously affirmed.

The court properly denied defendant's suppression motion without a hearing. The People set forth detailed information as to the predicate for defendant's arrest, and defendant's papers did not raise a factual dispute requiring a hearing (*see People v Mendoza,* 82 NY2d 415 [1993]). Furthermore, defendant did not raise his present contention that the police were not justified in conducting a body cavity search incident to an arrest for

marijuana possession. We have considered and rejected defendant's remaining claims, including those contained in his pro se supplemental brief. Concur—Mazzarelli, J.P., Sullivan, Ellerin, Nardelli and Williams, JJ.